STATE v. HENDERSON

No. 77P02

Case below: 148 N.C. App. 216

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002. Petition by defendant for discretionary review pursuant to G.S. 7A 31 denied 6 March 2002.

STATE v. HICKS

No. 76P02

Case below: 148 N.C. App. 216

Petition by defendant for discretionary review pursuant to G.S. 7A 31 denied 6 March 2002.

STATE v. HYATT

No. 402A00

Case below: 354 N.C. 577

Motion by defendant pro se for rehearing on application for writ of habeas corpus denied 6 March 2002.

STATE v. ISENBERG

No. 73P02

Case below: 148 N.C. App. 29

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2001.

STATE v. JOHNSON

No. 554A01

Case below: 145 N.C. App. 715

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002.